**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIBEL M. WATSCHKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE AIR FORCE,<br><br>　　　　Defendant. | ) Case No.: 1:17-cv-1211-DAD - JLT<br>)<br>) ORDER TO SHOW CAUSE WHY SANCTIONS<br>) SHOULD NOT BE IMPOSED PLAINTIFF'S<br>) FAILURE TO COMPLY WITH THE COURT'S<br>) ORDER AND FAILURE TO PROSECUTE<br>)<br>)<br>) |

On January 29, 2018, the Court dismissed Plaintiff's first amended complaint with leave to amend. (Doc. 12) The Court indicated it would give Plaintiff a final opportunity to state a claim upon which relief could be granted by the Court, and directed her to file a Second Amended Complaint within thirty days. (*Id.* at 5) To date, Plaintiff has not filed a Second Amended Complaint or requested additional time to comply with the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See*, *e.g. Ferdik v.*

1

*Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within fourteen days of the date of service of this Order why the action should not be dismissed for her failure comply with the Court's order, or in the alternative, to file a Second Amended Complaint.

IT IS SO ORDERED.

Dated: __**March 6, 2018**__          ___**/s/ Jennifer L. Thurston**___
                                                                                   UNITED STATES MAGISTRATE JUDGE